UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INSURANCE OF WAUSAU,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PRATT & WHITNEY CANADA, INC. et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-07-0199 LJO DLB<br><br>**ORDER RE DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** |

Counsel has informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than August 17, 2007.**

**All court dates** and any pending motions set in this matter are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see this Court's Local Rule 16-160 and Local Rule 16-272.)

IT IS SO ORDERED.

**Dated:    July 23, 2007**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE