IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPLOYERS INS. OF WAUSAU,<br><br>          Plaintiff,<br><br>     vs.<br><br>DONCASTER PRECISION CASTINGS NEW ENGLAND, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 07-0199 LJO DLB<br><br>**ORDER TO CLOSE ACTION** |

This Court DIRECTS the clerk administratively to close this action.

IT IS SO ORDERED.

**Dated:   September 12, 2007**              **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE

1